UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMANDA MATIBINI TROWBRIDGE, )
) CASE NO. C13-2291-JLR-MAT
    Plaintiff, )
)
    v. )
) REPORT AND RECOMMENDATION
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security, )
)
    Defendant. )
_____ )

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 22.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall: (1) give plaintiff an opportunity for a hearing and obtain additional evidence; (2) evaluate the thoracic outlet syndrome impairment and determine if it is a medically determinable

REPORT AND RECOMMENDATION
PAGE -1

impairment that is severe; (3) determine whether the migraine impairment equals the severity of listing 11.03 and provide rationale in support of that finding; (4) further evaluate the credibility of plaintiff's allegations and the medical opinions in the record, and assess plaintiff's residual functional capacity; and (5) if warranted, obtain vocational evidence in support of the steps four and five findings.   Also, upon proper request, plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412.

The Court recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A proposed order accompanies this Report and Recommendation.

DATED this <u>17th</u> day of October, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge